UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO


In the matter of:                  :        Case No. 99-35768

DAYTON AGENCY INC.          :        Chapter 7

                                   :        JUDGE HUMPHREY


NOTICE TO THE CLERK OF SMALL DIVIDENDS
AND UNCLAIMED FUNDS



TO THE CLERK OF THE COURT:

　　The attached check in the amount of $19,237.28 represents the total sum of unclaimed and small dividends in this estate and is paid to the court pursuant to 11 U.S.C. Sec. 347(a) and FRBP 3010. The names(s) and addresses of the parties entitled to those unclaimed dividends are as follows:

| Creditor Name and Address | Claim Number | Amount of Dividend |
|---|---|---|
| GINA INC<br>C/O THOMAS P RANDOLPH ESQ<br>100 NORTH JEFFERSON STREET<br>DAYTON, OHIO 45402 | NO. 58 | $2,000.00 |
| STEPHANIE L OHAIR<br>712 HIDDEN VALLEY COURT<br>FAIRBORN, OHIO 45324 | NO. 59 | $    23.20 |
| CHRISTOPHER J LARUSSO<br>442 FOREST LANE<br>TROY, OHIO 45373 | NO. 13 | $  468.00 |

| | | |
|---|---|---|
| LISA A RUCKER<br>5106 GOODYEAR DRIVE<br>TROTWOOD, OHIO 45406 | NO. 62 | $ 53.49 |
| BARBARA KAY HERNANDEZ<br>67889 CLYMER STREET<br>GOSHEN, IN 46528 | NO. 27 | $ 49.49 |
| MARK 1 MORTGAGE<br>159 W FRANKLIN STREET<br>BELLBROOK, OHIO 45305 | NO. 19 | $ 421.15 |
| OLYMPIC TITLE INS CO<br>310 W MONUMENT AVE<br>DAYTON, OHIO 45402 | NO. 33 | $10,151.95 |
| CARILLON REALTY<br>166 S MAIN STREET<br>DAYTON, OHIO 45458 | NO. 26 | $ 60.00 |
| SUBURBAN DOOR & HARDWARE<br>THOMAS L WHEELER<br>4713 FOXDALE DRIVE<br>DAYTON, OHIO 45429 | NO. 15 | $ 6,010.00 |

03/30/15                                    /s/ Ruth A Slone

Dated:_____        _____

                                                    Ruth A. Slone, Trustee