UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO

In the matter of: : Case No. 99-35768

DAYTON AGENCY INC. : Chapter 7

: JUDGE HUMPHREY

NOTICE TO THE CLERK OF SMALL DIVIDENDS
AND UNCLAIMED FUNDS

TO THE CLERK OF THE COURT:

The attached check in the amount of $226.22 represents the total sum of unclaimed and small dividends in this estate and is paid to the court pursuant to 11 U.S.C. Sec. 347(a) and FRBP 3010. The names(s) and addresses of the parties entitled to those unclaimed dividends are as follows:

| Creditor Name and Address | Claim Number | Amount of Dividend |
|---|---|---|
| ELIZABETH A BUCKLEY<br>8909 EAGLEVIEW DRIVE<br>UNIT 4<br>WEST CHESTER, OHIO 45069 | NO. 17 | $ 80.22 |
| MARK IV REALTY<br>7283 OLD TROY PIKE<br>HUBER HEIGHTS, OHIO 45424 | NO. 42 | $146.00 |

Dated: 04/6/15          /s/ Ruth A Slone
_____           _____
                      Ruth A. Slone, Trustee